**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                    Case No.: 1:11-CR-24-SPM/GRJ-1

TREY MICHAEL PITTS,

       Defendant.

_____/

## ACCEPTANCE OF GUILTY PLEA

**PURSUANT TO** the Report and Recommendation (doc. 18) of the United States

Magistrate Judge, to which there have been no timely objections, the plea of guilty of

the Defendant, **TREY MICHAEL PITTS**, to Count One of the indictment is hereby

ACCEPTED.  All parties shall appear before this Court for sentencing as directed.

       **DONE AND ORDERED** this <u>twelfth</u> day of July, 2011.


*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge